**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

IN RE BENEFITS FOR
PRIMERCA POLICY NUMBERS
ENDING IN 2084 AND 3112,

v.   Case No. 5:23-cv-518-JA-PRL

RASHAWN THOMPSON, J.P.,
D.P., O.J., NEVILLE GRAHAM,
RICHARD GRAHAM, and
DONOVAN PASMORE,

　　　　Claimants.

---

### ORDER

Previously, the Court discharged Pamela Martini as the Guardian Ad Litem for two minors who had reached the age of majority in this case (J.P. and D.P.). (Doc. 46). The Court stated that she would also be discharged as the Guardian Ad Litem for O.J. when O.J. reached the age of majority. (*Id.*). According to the second status report of the Guardian Ad Litem, O.J. reached the age of majority on October 7, 2024. (Doc. 45; *see* Doc. 55 ¶ 7).

Thus, it is **ORDERED** that Pamela Martini is hereby **discharged** as Guardian Ad Litem for O.J.

**DONE** and **ORDERED** on November 25, 2024.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties

2