UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

IN RE BENEFITS FOR
PRIMERCA POLICY NUMBERS
ENDING IN 2084 AND 3112

Case No. 5:23-cv-518-JA-PRL

RASHAWN THOMPSON,
OLISA JACKSON, J.P.,
D.P., NEVILLE GRAHAM,
RICHARD GRAHAM, and
DONOVAN PASMORE,

      Claimants.

## ORDER

Before the Court is the stipulated motion of Donovan Pasmore, J.P., and D.P. (the cross-claimants) for disbursement of life insurance proceeds in the Court's registry. (Doc. 63). However, the Court cannot yet disburse the funds as requested because the motion for disbursement fails to identify to whom a check (or checks) should be made payable and the addresses to which those checks should be sent. *See Primerica Life Ins. v. Braswell*, 5:17-cv-330 (M.D. Fla. Mar. 28, 2018); *see also* M.D. Fla. Local Rule 7.03(b).

Accordingly, on or before **January 29, 2025**, the cross-claimants shall file a supplement to the motion that lists to whom the checks should be made payable and the corresponding addresses.

**DONE** and **ORDERED** on January 22, 2025.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties